Charles SHEPPARD, Plaintiff in Error,

v.

Curtis HALL and Ernest Bartlett, Defendants in Error.

No. 36317.

Supreme Court of Oklahoma.
April 6, 1955.

v.

A. M. HUGHES, Defendant in Error.

No. 36191.

Supreme Court of Oklahoma.

Feb. 23, 1955.

Rehearing Denied April 19, 1955.

Appeal from the District Court of Custer County; W. P. Keen, Judge.

Action by Curtis Hall against Ernest Bartlett and Charles Sheppard for damage to automobile. Judgment for the plaintiff against defendant Sheppard and for the defendant Bartlett. Sheppard appeals. Affirmed.

Pierce, Mock & Duncan and James W. Shepherd, Jr., Oklahoma City, for plaintiff in error.

Meacham, Meacham, Meacham & Meacham, Clinton, for defendant in error, Curtis Hall.

HALLEY, Justice.

This appeal involves the identical question of fact and law involved in Sheppard v. Hall, Okl., 282 P.2d 212, this day promulgated. The conclusions therein reached are applicable and controlling here.

Judgment affirmed.

JOHNSON, C. J., WILLIAMS, V. C. J., and CORN, DAVISON, BLACKBIRD and JACKSON, JJ., concur.